IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM KIRKPATRICK, JR.,

        Petitioner,                  No. CIV S-07-0233 DFL EFB P

    vs.

JERRY BROWN, et al.,

        Respondents.         <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        Petitioner is presently incarcerated at San Quentin State Prison in Marin County and seeks relief for incidents occurring at the prison.

        The general rule with regard to habeas applications is that both the United States District Court in the district where petitioner was convicted and the District Court where petitioner is incarcerated have jurisdiction over the claims. *See Braden v. 30th Judicial Circuit Court*, 410 U.S. 484 (1973). The incidents described in the petition took place at San Quentin State Prison, an area covered by the District Court for the Northern District of California. Accordingly, in the

/////

/////

1

1 furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United
2 States District Court for the Northern District of California. *Id.* at 499 n.15; 28 U.S.C.
3 § 2241(d).
4 DATED: March 23, 2007.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE